AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

SHERYL A. PHILLIPS, Plaintiff,

V.

SOUTH HOLLAND SCHOOL DISTRICT #150, Defendant.

CASE NUMBER: 08CV4140

ASSIGNED JUDGE: JUDGE GOTTSCHALL

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE VALDEZ

TO: (Name and address of Defendant)

SOUTH HOLLAND SCHOOL DISTRICT #150
c/o Allen Walker, School Board President
848 E. 170th Street
South Holland, IL 60473

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LISA KANE & ASSOCIATES, P.C.
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

July 22, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                  Date                                Signature of Server

                                      _____
                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS

Sheryl A. Phillips

vs.  South Holland School District #150

Case Number  08 CV 4140

## AFFIDAVIT OF SERVICE

I, Aundre Kittles, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 31 day of July, 2008, at 12:30 PM at 848 E. 170th St., South Holland, IL 60473, did serve the following document(s):

**Summons and Complaint**

Upon: **South Holland School District #150 c/o Allen Walker, School Board President**

By:  ☑ Personally serving to:  Allen Walker-School Board President

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 848 E. 170th St., South Holland, IL 60473 on

| Description: | Sex | **Male** | Race | **Black** | Approximate Age | 47 |
| --- | --- | --- | --- | --- | --- | --- |
|  | Height | 6'2 | Weight | 225 | Hair Color | **Black** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

Aundre Kittles
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL  60601
IL License #117-001101