# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                        Case Number: 08 CV 4140

SHERYL A. PHILLIPS

v.

SOUTH HOLLAND SCHOOL DISTRICT 150

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SOUTH HOLLAND SCHOOL DISTRICT 150

| | |
|---|---|
| **NAME** (Type or print) <br> Russell T. Paarlberg | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Russell T. Paarlberg | |
| **FIRM** <br> Lanting, Paarlberg & Associates, Ltd. | |
| **STREET ADDRESS** <br> 16230 Louis Ave. | |
| **CITY/STATE/ZIP** <br> South Holland, IL 60473 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 3127576 | **TELEPHONE NUMBER** <br> 708-339-1070 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |