IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **SHERYL A. PHILLIPS**<br>　　　　　　　　**Plaintiff,**<br>　v.<br>**SOUTH HOLLAND SCHOOL DISTRICT #150**<br>　　　　　　　　**Defendant.** | **Case No. 08 CV 4140**<br><br>**Honorable Judge Gottschall**<br>**Judge Presiding**<br><br>**Magistrate Judge Valdez** |

### NOTICE OF MOTION

TO:　Russell T. Paarlberg, Esquire
　　　Lanting, Paarlberg & Associates, Ltd..
　　　16230 Louis Ave.
　　　South Holland, IL 60473

　　PLEASE TAKE NOTICE that on *Thursday,* **September 4, 2008, at 9:30 A.M.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before Honorable Judge Gottschall, or any judge sitting in her stead, in the court room usually occupied by her at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois and present the attached Plaintiff's Motion for Leave to File *Instanter* First Amended Complaint, a copy of said Motion being attached hereto and herewith served upon you, at which time and place you may appear should you see fit.

　　　　　　　　　　　　　　　　By　　s/Lisa Kane
　　　　　　　　　　　　　　　　　　　Lisa Kane, Attorney for Plaintiff

### PROOF OF SERVICE

　　I, Lisa Kane, certify that I caused to be served this Notice of Motion and the above-mentioned accompanying Motion pursuant to ECF by 5:00 P.M. on Wednesday, August 20, 2008.

　　　　　　　　　　　　　　　　　　s/Lisa Kane
　　　　　　　　　　　　　　　　　　Lisa Kane, Attorney for Plaintiff

LISA KANE & ASSOCIATES, P.C.
Attorneys for Plaintiff
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney Code No. 06203093