## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **SHERYL A. PHILLIPS** | |
| **Plaintiff,** | **Case No. 08 CV 4140** |
| **v.** | |
| | **Honorable Judge Gottschall** |
| **SOUTH HOLLAND SCHOOL DISTRICT** | **Judge Presiding** |
| **#150** | |
| | **Magistrate Judge Valdez** |
| **Defendant.** | |

### NOTICE OF FILING

TO:    Russell T. Paarlberg, Esquire
        Lanting, Paarlberg & Associates, Ltd..
        16230 Louis Ave.
        South Holland, IL 60473

PLEASE TAKE NOTICE that on *Thursday,* **September 4, 2008,** Plaintiff filed electronically with the Clerk of the United States District Court for the Northern District, Eastern Division at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, the following: Plaintiff's First Amended Complaint.

By s/Lisa Kane_____
        Lisa Kane, Attorney for Plaintiff

### PROOF OF SERVICE

I, Lisa Kane, certify that I caused to be served this Notice of Filing and the above-mentioned accompanying documents upon those persons to whom said Notice is directed pursuant to ECF by 5:00 P.M. on Thursday, September 4, 2008.

s/Lisa Kane_____
        Lisa Kane, Attorney for Plaintiff

LISA KANE & ASSOCIATES, P.C.
Attorneys for Plaintiff
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney Code No. 06203093