# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4140 | **DATE** | 9/4/2008 |
| **CASE TITLE** | Sheryl A. Phillips vs. South Holland School District | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to file instanter plaintiff's First Amended Complaint (15) is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|